

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1337-15

### THE STATE OF TEXAS

**v.**

### ROGER ANTHONY MARTINEZ, Appellee

## ON PETITION FOR DISCRETIONARY REVIEW FROM THE THIRTEENTH COURT OF APPEALS VICTORIA COUNTY

*Per Curiam.*

## O R D E R

The Court grants review on its own motion of the following question:

Did the court of appeals err in its assessment of probable cause for a warrantless arrest pursuant to Texas Code of Criminal Procedure article 14.01?

The Clerk of this Court will send copies of this order to the Court of Appeals for the

Thirteenth District, the State Prosecuting Attorney, the District Attorney for Victoria County,

and Appellee.

Entered February 24, 2016
Do Not Publish